PETER ROONEY V. CATHARINE FARRELL ET AL.

FILED OCTOBER 1, 1901. No. 9,454.

Error Proceeding Will Be Dismissed When Judgment Is Not Certified. A petition in error will be dismissed when the final judgment assailed is not authenticated by the certificate of the court below.

ERROR from the district court for Dakota county. Tried below before EVANS, J. *Dismissed.*

*Barnes & Tyler,* for plaintiff in error.

*William P. Warner* and *M. C. Jay, contra.*

NORVAL, C. J.

There is attached to this transcript the certificate of the clerk of the district court stating "that the foregoing

is a true and perfect transcript of the petition, answer, reply, instructions given and excepted to in said action, the verdict, motion for a new trial and motion to retax costs in said action, together with the appeal bond, as the same are on file and of record in my office." The transcript is not otherwise authenticated. It will be observed that the certificate of the clerk of the trial court makes no mention of, or in any manner authenticates, the final judgment in the cause. It follows that this court is without jurisdiction. *Littell v. Cross,* 58 Nebr., 594; *Melcher v. Haley,* 58 Nebr., 729. The petition in error is

DISMISSED.

SULLIVAN, J., absent, not voting.